**Opinion issued December 18, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00633-CV

———————————

**DALILA MAWUSI BAILEY, Appellant**

**V.**

**RAYMOND CARLO CARRANZA, Appellee**

On Appeal from 306th District Court
Galveston County, Texas
Trial Court Case No. 24-FD-2523

## MEMORANDUM OPINION

Appellant Dalila Mawusi Bailey filed her notice of appeal on August 13, 2025.

Appellant did not pay her appellate filing fee or establish indigence for purposes of

appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207,

51.208, 51.941(a), 101.041; Order, Fees Charged in the Supreme Court, in Civil

Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in courts of appeals). The Clerk of this Court notified Appellant that unless she paid the appellate filing fee by October 10, 2025, her appeal could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, Appellant has not paid the appellate filing fee nor established indigence for purposes of appellate costs.

Also, Appellant failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On November 5, 2025, the Clerk of this Court notified Appellant that her appellate brief was past due, and her appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellant to file her brief and a motion requesting an extension to file the brief within 10 days of our notice. Appellant did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b)–(c), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.